**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as**
*Cleveland v. Jones,* **Slip Opinion No. 2016-Ohio-2914.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-2914

THE CITY OF CLEVELAND, APPELLEE, *v.* JONES, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Cleveland v. Jones,* Slip Opinion No. 2016-Ohio-2914.]**

*Appeal dismissed as improvidently accepted.*

(No. 2015-0381—Submitted February 9, 2016—Decided May 12, 2016.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 100598, 2014-Ohio-4201.

_____

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, and LANZINGER, JJ., concur.

KENNEDY, FRENCH, and O'NEILL, JJ., dissent.

_____

Barbara Langhenry, Cleveland Director of Law, and Bridget E. Hopp, Assistant City Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Cullen Sweeney and David Eidenmiller, Assistant Public Defenders, for appellant.

Michael DeWine, Attorney General, Eric E. Murphy, State Solicitor, and Samuel C. Peterson, Deputy Solicitor, urging affirmance for amicus curiae, Ohio Attorney General.

_____